**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 312 MAL 2019

       Respondent    :
       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

RALPH E. SMITH,    :

       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 313 MAL 2019

       Respondent    :
       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

RALPH E. SMITH,    :

       Petitioner    :

COMMONWEALTH OF PENNSYLVANIA,    :    No. 314 MAL 2019

       Respondent    :
       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.    :

RALPH EUGENE SMITH,    :

       Petitioner    :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2019, the Petition for Allowance of Appeal is **DENIED**.